UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/10/2026

ANDREW PUZYK,

                    Plaintiff,

        -against-

TRILLER INC., et al.,

                    Defendants.

25-CV-05239 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Before the Court is a motion for default judgment by Plaintiff Andrew Puzyk against Defendants Triller Inc., Triller Group, Inc., Triller Corp., Triller Hold Co., LLC, Triller Platform Co., and AGBA Holding LTD.  For the reasons stated herein, the Court GRANTS default judgement against all Defendants.

Plaintiff filed his Complaint on July 2, 2025.  Dkt. No. 3.  On July 22, 2025, the Complaint was served on Defendants.  *See* Dkt. Nos. 20-23.  Defendants' original time to answer or move against the Complaint was August 12, 2025.  *Id.*  On August 22, 2025, the Court extended the deadline for Defendants to respond to the Complaint to September 8, 2025.  Dkt. No. 24.  Defendants have failed to appear, answer, or otherwise move with respect to the Complaint.  On September 12, 2025, Plaintiff filed a motion for default judgment as to all Defendants, Dkt. No. 33, and served Defendants with the motion papers, Dkt. Nos. 34-37.  Defendants have failed to respond or appear.

Federal Rule of Procedure 55 provides a two-step process for entering judgment against a party who has failed to appear, requiring first the entry of a default and second the entry of a default judgement.  *See New York v. Green*, 420 F.3d 99, 104 (2d Cir. 2005).  The first step "formalizes a judicial recognition that a defendant has, through its failure to defend the action admitted liability to the plaintiff."  *City of New York v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 128 (2d Cir. 2011).  The second step "terminates the litigation and awards the plaintiff any relief to which the court decides it is entitled, to the extent permitted by Rule 54(c)."  *Id.*  Rule 54(c) states, "[a] default judgment must not differ in kind from, or exceed in amount, what is demanded in the pleadings."  Fed. R. Civ. P. 54(c).

The Court has reviewed Plaintiff's motion pursuant to Federal Rule of Civil Procedure 55(b) and supporting materials. Given that proof of service has been filed, all Defendants have failed to answer the Complaint and the time to do so has expired, all Defendants have failed to appear and contest the entry of default judgment, and Plaintiff has alleged sufficient facts to establish Defendants' liability for the claims of relief, the Court will enter default judgment for Plaintiff against all Defendants in an amount to be determined at an inquest, plus costs and interest.

The Court will, by separate order, refer this case to the Hon. Ona T. Wang, Magistrate Judge, for an inquest into damages.  Plaintiff shall serve this Order upon each Defendant and file affidavits reflecting such service on the docket.  The Clerk of Court is respectfully directed to terminate Dkt. No. 33.

Dated:  June 10, 2026
    New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2