**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

ANDREW PUZYK,

Plaintiff,

-against-

TRILLER HOLD CO. LLC, et al.,

Defendants.

----------------------------------------------------------x

25-CV-5239 (MMG) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF 50 and finds the Order to Show Cause satisfied.

Plaintiff is directed to file their proposed findings of fact and conclusions of law and inquest memorandum setting forth proof of damages by **August 24, 2026.**

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 10, 2026
New York, New York